| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | DONNA L. CALVERT |
| | Acting Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| | LYNN M. HARADA, CSBN 267616 |
| 4 | Special Assistant United States Attorney |

    333 Market Street, Suite 1500
    San Francisco, California  94105
    Telephone:  (415) 977-8977
    Facsimile:  (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| JERRY L. PARSONS, | CIVIL NO.: 2:11-cv-02179-CMK |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file his response to Plaintiff's Motion for Summary Judgment or Remand be extended from February 13, 2012, to March 30, 2012.  This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment or Remand.  Defendant needs the additional time to further review the file and prepare a response in this matter.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: February 10, 2012        /s/ *Shanny J. Lee*
(As authorized via e-mail on 2/10/12 at 12:07 p.m.)
 SHANNY J. LEE
Attorney for Plaintiff

Dated: Februrary 10, 2012        BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Lynn M. Harada*
LYNN M. HARADA
Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED:

 DATED:  February 15, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE